Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
(t) 310 393-3055
(e) carolsobel@aol.com

**CLOSED**

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WESTON ROWLAND,<br><br>PLAINTIFF,<br><br>vs.<br><br>CITY OF SANTA MONICA, et al.,<br><br>DEFENDANTS. | Case No.: 21-cv-5051 CAS(AFMx)<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE UPON COMPLETION OF SETTLEMENT<br><br>Date: October 20, 2022<br>Time: None.<br>Ctrm: 8D Hon. Christina A. Snyder<br><br>ACTION FILED: **6/21/21**<br>TRIAL: **VACATED** |

The parties to this action, through their representative counsel, advised the Court that the settlement in this matter has been completed and filed a Stipulation for Dismissal.

IT IS SO ORDERED. This action is dismissed with prejudice.

Dated: October 21, 2022

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1